798 F.2d 151
 Maria VELASQUEZ, et al., Plaintiffs-Appellants,
v.
The CITY OF ABILENE, TEXAS, et al., Defendants-Appellees.
 No. 85-1347.
 United States Court of Appeals,
Fifth Circuit.
 Aug. 22, 1986.
 
 William O. Garrett, Dallas, Tex., Gilbert Rodriguez, Abilene, Tex., for plaintiffs-appellants.
 Marshall Harvey Cargill, Jr., City Atty., Karen Lois Anderson, Asst. City Atty., Abilene, Tex., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Texas; Halbert O. Woodward, District Judge, Presiding.
 Before WISDOM, REAVLEY, and JOHNSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is vacated and the case is remanded to the district court for reconsideration in the light of Thornburg v. Gingles, --- U.S. ---, 106 S.Ct. 2752, 92 L.Ed.2d 25 (1986).